NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3119

BOOKER MCCLENTY,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in AT3443080464-I-1.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Upon consideration of the petitioner's motion for an extension of time to file his opening brief,

IT IS ORDERED THAT:

The motion is granted. The brief is due within 30 days of the date of filing of this order.

FOR THE COURT

MAY 29 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Booker McClenty (informal brief form enclosed)
Calvin Morrow, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 2009

JAN HORBALY
CLERK